IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TABITHA CHARANZA, ET. AL | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | No. 6:11-cv-174 MHS-JDL |
| | § | |
| TEXAS DEPT. OF FAMILY AND | § | |
| PROTECTIVE SERVICES OF | § | |
| ANDERSON COUNTY, ET. AL, | § | JURY DEMANDED |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

The above entitled and numbered civil action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636. The Report and Recommendation of the Magistrate Judge ("Report"), which contains his proposed findings of fact and recommendation for the disposition of such action, has been presented for consideration (Doc. No. 32). The Magistrate Judge recommends that all pending motions be denied as moot and the case be dismissed, *without prejudice*, for failure to prosecute. Plaintiff Tabitha Charanza did not file objections to the Report. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**It is SO ORDERED.**

**SIGNED this 13th day of October, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE